In the matter of the estate of JOHN W. HERBERT, deceased.

[Decided January 9th, 1942.]

596

598

*Mr. Richard Stockton, 3d,* for the appellants.

*Mr. Carl M. Herbert, Mr. William M. McConnell* and *Mr. James F. Murray,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the Prerogative Court by Vice-Ordinary Egan.

*For affirmance*—THE CHIEF-JUSTICE, CASE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, HAGUE, THOMPSON, JJ. 11.

*For modification*—PERSKIE, RAFFERTY, JJ. 2.